

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00112-CV

_____

BRITNEY JOHNSON, Appellant

V.

THE VIEW AT LAKESIDE APARTMENT HOMES, Appellee

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2023-01015-JP

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant's brief was due on August 7, 2023, but no brief was filed. *See* Tex. R. App. P. 38.6(a). On August 18, 2023, we notified her that we could dismiss her appeal for want of prosecution unless, within ten days, she filed a brief and an accompanying motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). More than ten days have passed, and we have received no response.

Because Appellant has failed to file a brief, we dismiss her appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: September 21, 2023